WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-04-1243-PCT-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Alejandro Valdez, | |
| Defendant. | |

On February 28, 2005, Defendant was sentenced to 27 months in prison and 36 months of supervised release. Doc. 24. On January 22, 2010, Defendant's supervised release was revoked and defendant was sentenced to time served followed by 24 months of supervised release Doc.44. Defendant's probation officer filed a petition to revoke the supervised release on February 24, 2010. Doc. 45. The petition was superseded on August 11, 2011. Doc. 47. An arrest warrant was issued the same day. Doc. 48. Defendant currently is serving a state prison sentence.

Defendant has filed a motion for hearing, re: detainers. Doc.51. In response, the Government cites legal authority for the proposition that a hearing on a federal petition to revoke supervised release is not required until after a defendant is taken into federal custody, and that the issuance of a warrant and the lodging of a detainer while the defendant is incarcerated elsewhere for a separate crime do not constitute being taken into

federal custody. *See Morrissey v. Brewer*, 408 U.S. 471, 488 (1972); *Moody v. Daggett*, 429 U.S. 78, 86-87 (1976); *United States v. Garrett*, 253 F.3d 443, 447 (9th Cir. 2001) ("A revocation hearing . . . need only be tendered promptly after the violation warrant is *executed*, because a parolee does not suffer a loss of liberty as a parole violator until he is taken into custody *under the violation warrant*.") (emphasis in original).

Defendant has submitted no evidence to counter the Government's assertion. Because it appears that Defendant has not been arrested on his federal warrant, the Court is not obligated to schedule a hearing on his supervised release violation. Defendant will be entitled to a hearing on that violation once he is taken into federal custody.

**IT IS ORDERED** that Defendant's Motion for hearing re: detainers (doc. 51) is **denied**.

Dated this 25th day of January, 2013.

_____
David G. Campbell
United States District Judge